```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
                                          05 CR 10206 NMG
UNITED STATES OF AMERICA    )
                            ) Criminal No.
     v.                     )
                            ) 21 U.S.C. § 846, 841(a)(1), and
ALBERT HOBSON,              ) (b)(1)(A)(iii) - Conspiracy to
     Defendant.             ) Distribute Cocaine Base
                            )
                            ) FILED UNDER SEAL
                            )
```

## INFORMATION

The United States Attorney charges that:

**COUNT ONE:**   (21 U.S.C. § 846 - Conspiracy To Distribute Cocaine Base).

From an unknown date but at least by in or about April 2005 and continuing until on or about May 2005, at Boston and elsewhere in the District of Massachusetts,

**ALBERT HOBSON,**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown to the United States, to distribute cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

It is further alleged that this offense involved at least fifty grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.  Accordingly, Title 21, United States Code, § 841(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section

846.

                     **MICHAEL J. SULLIVAN**
                     United States Attorney

By: _____
     Neil J. Gallagher, Jr.
     Assistant U.S. Attorney

DATED: August 17, 2005

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10206 NMG**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____   Category No. **I** _____   Investigating Agency **DEA/BPD**

City   **Boston** _____   Related Case Information:

County   **Suffolk** _____   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____ New _____
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **ALBERT HOBSON** _____   Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address   **403 Globe Street, 3rd Floor, Fall River, MA** _____

Birth date (Year only): **1969**   SSN (last 4   **4991**   Se **M**   Race: **Black**   Nationalit **USA**

Defense Counsel if _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   **Neil J. Gallagher** _____   Bar Number if _____

Interpreter:   ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody _____ in _____ .
☐ Already in State _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial   Ordered _____ on _____

Charging Document:   ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeano _____   ☒ Felony **One**

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date   **8/17/05**     Signature of

05 CR 10206 NMG

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ALBERT HOBSON

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**
Defendant needs to be appointed counsel.