UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **05 CR 10206 NMG** |
| | ) | Criminal No. |
| v. | ) | |
| | ) | |
| ALBERT HOBSON, | ) | |
| Defendant. | ) | **FILED UNDER SEAL** |
| | ) | |
| | ) | |
| | ) | |

## MOTION TO SEAL

The United States moves this Court to seal the criminal information, this motion and the court's order until further order by the Court. In support of this motion, the government states that the defendant has cooperated with the government in an ongoing investigation and public disclosure of the criminal information could potentially jeopardize the defendant's safety.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

Dated: August 17, 2P005