UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10206-NMG |
| ) | |
| ALBERT HOBSON ) | |
| ) | |

### MOTION TO UNSEAL CRIMINAL INFORMATION

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully moves this Court to unseal the criminal information in this case which was originally filed under seal on August 17, 2005. In support, the government states that the reasons for sealing the criminal information are no longer present.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

ALLOWED:

_____
UNITED STATES MAGISTRATE JUDGE
JOYCE LONDON ALEXANDER

Dated: _____