## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED CLERKS OFFICE

2006 FEB 17 A 9:49

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10206-NMG |
| | ) | |
| ALBERT HOBSON | ) | |
| | ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through its attorney, Michael J. Sullivan, United

States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue

a Writ of Habeas Corpus Ad Prosequendum to Bristol County Jail and House of Corrections, 226

Ash Street, New Bedford, MA, 02740 for the purpose of securing **ALBERT HOBSON** at a initial

appearance before Magistrate Judge Joyce London Alexander. In support of this petition, the

government states that:

1.    That **ALBERT HOBSON** (DOB:11/21/69) is presently confined at the Bristol

County Jail and House of Corrections, 226 Ash Street, New Bedford, MA, 02740 ,

2.    That **ALBERT HOBSON** was charged by information in the above-captioned case.

3.    That **ALBERT HOBSON** should be made to appear before the Magistrate Judge

Joyce London Alexander on Tuesday, February 21, 2006 at 12:00 p.m.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus

Ad Prosequendum to be directed to the United States Marshal for the District of Massachusetts,

Bristol County Jail and House of Corrections, 226 Ash Street, New Bedford, MA, 02740 and to

any other person having custody and control of   **ALBERT HOBSON**, commanding them to

produce **ALBERT HOBSON** before Magistrate Judge Joyce London Alexander at the United

States Courthouse, 1 Courthouse Way, at Boston, Massachusetts at February 21, 2006, at 12:00

p.m.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

ALLOWED:

_____
UNITED STATES MAGISTRATE JUDGE
JOYCE LONDON ALEXANDER

Dated: _____