UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   The Warden of the Bristol County House of Correction
            226 Ash Street, New Bedford, MA

YOU ARE COMMANDED to have the body of _____Albert Hobson_____

now in your custody, before the United States District Court for the District of Massachusetts, United

States Courthouse, 1 Courthouse Way, Courtroom No.___24_____, on the __7th_____ floor,

Boston, Massachusetts on _Friday, March 17, 2006_____, at _2:30_  P.M.

for the purpose of _____Initial Appearance Hearing_____

in the case of   UNITED STATES OF AMERICA V. _____Albert Hobson_____

CR Number ___05CR10206-NMG_____

    And you are to retain the body of said _____Albert Hobson_____

while before said Court upon said day and upon such other days thereafter as his attendance before said

Court shall be necessary, and as soon as may be thereafter to return said _____Albert Hobson_____

to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he

had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with

your doings herein.

Dated this __23rd_ day of__February, 2006__.


____/s/ Joyce London Alexander_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

                                            SARAH A. THORNTON
                                            CLERK OF COURT

                                    By:____/S/ Jarrett Lovett_____

                                            Deputy Clerk

(Habeas)