UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-10206-NMG |
| | ) |
| ALBERT HOBSON | ) |
| | ) |

## ASSENTED TO MOTION TO CONTINUE STATUS HEARING

The United States respectfully moves this Court to continue the status hearing currently set for Wednesday, May 3, 2006 at 3:00 p.m. As grounds, the government submits that a indictment will sought the following week. Both parties thus request a continue in order to have an arraignment of any indictment that may be returned. Counsel for defendant assents to the granting of this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Neil J. Gallagher, Jr.
Assistant U.S. Attorney