UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Criminal No. 05-10206-NMG |
| | ) | |
| **ALBERT HOBSON** | ) | |
| | ) | |

## ASSENTED TO MOTION TO CONTINUE STATUS HEARING

The United States respectfully moves this Court to continue the status hearing currently set for May 18, 2006 until May 30, 2006 at 2:15 p.m. As grounds, the government submits that a indictment will before this status hearing. Both parties thus request a continue in order to have an arraignment of any indictment that may be returned. Counsel for defendant assents to the granting of this motion.

                                                          Respectfully submitted,

                                                          MICHAEL J. SULLIVAN
                                                          United States Attorney

                          By:
                                                          /s/ Neil Gallagher
                                                          Neil J. Gallagher, Jr.
                                                          Assistant U.S. Attorney