UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 05-10206-NMG |
| v. | ) |
| | ) 21 U.S.C. §§ 846, 841(a)(1), and |
| ALBERT HOBSON, | ) (b)(1)(A)(iii) - Conspiracy to |
| Defendant. | ) Distribute Cocaine Base |
| | ) |
| | ) 21 U.S.C. §843(b) - Unlawful Use |
| | ) of a Communication Facility |
| | ) |
| | ) 21 U.S.C. §841(a)(1) and |
| | ) (b)(1)(B)(iii) - Possession With |
| | ) Intent to Distribute Cocaine Base |
| | ) |
| | ) 18 U.S.C. § 2 - Aiding and |
| | ) Abetting |
| | ) |
| | ) 21 U.S.C. §853 - Drug |
| | ) Forfeiture Allegation |

### SUPERSEDING INFORMATION

**COUNT ONE:** (21 U.S.C. § 846 - Conspiracy To Distribute Cocaine Base, also known as "Crack Cocaine")

The United States Attorney Charges That:

From an unknown date but at least by in or about April 2005 and continuing until in or about May 2005, at Boston and elsewhere in the District of Massachusetts,

**ALBERT HOBSON,**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown to the United States, to distribute cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in

1



violation of Title 21, United States Code, § 841(a)(1).

It is further alleged that this offense involved at least fifty grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance. Accordingly, Title 21, United States Code, §341(b)(1)(A)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

2

**COUNT TWO:**     (21 U.S.C. § 843(b) -- **Unlawful Use of a Communication Facility; 18 U.S.C. § 2 - Aiding and Abetting**)

The United States Attorney further charges that:

On or about May 5, 2005, in the District of Massachusetts and elsewhere,

**ALBERT HOBSON**

defendant herein, did knowing and intentionally use a communication facility, to wit: a cellular telephone assigned telephone number (508) 916-8288, in committing, causing and facilitating the drug trafficking offense set forth in Count One of this Superseding Information, specifically Conspiracy to Distribute Cocaine Base, also known as "Crack Cocaine," in violation of Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

3

**COUNT THREE:**  (21 U.S.C. § 843(b) -- Unlawful Use of a Communication Facility; 18 U.S.C. § 2 - Aiding and Abetting)

The United States Attorney further charges that:

On or about May 11, 2005, in the District of Massachusetts and elsewhere,

**ALBERT HOBSON**

defendant herein, did knowing and intentionally use a communication facility, to wit: a cellular telephone assigned telephone number (508) 916-8288, in committing, causing and facilitating the drug trafficking offense set forth in Count One of this Superseding Information, specifically Conspiracy to Distribute Cocaine Base, also known as "Crack Cocaine," in violation of Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

4

**COUNT THREE:**  (21 U.S.C. § 843(b) -- Unlawful Use of a Communication Facility; 18 U.S.C. § 2 - Aiding and Abetting)

**COUNT FOUR:**     (21 U.S.C. § 841(a)(1) -- Possession With Intent
                     To Distribute Cocaine Base; 18 U.S.C. § 2 - Aiding
                     and Abetting)

The United States Attorney further charges that:

On or about October 24, 2005, at Swansea, in the District of Massachusetts and elsewhere,

**ALBERT HOBSON**

the defendant herein, did knowingly and intentionally possess cocaine base, also known as "crack" cocaine, a Schedule II controlled substance, with the intent to distribute.

It is further alleged that this offense involved at least five (5) grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

5

## CRIMINAL FORFEITURE ALLEGATION

## (21 U.S.C. § 853 -- Criminal Forfeiture)

The United States Attorney further charges that:

1. As a result of committing one or more of the offenses alleged in Counts One through Four of this Superseding Information,

### ALBERT HOBSON

defendant herein, upon conviction, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses. Such property includes, but is not limited to:

(a) A black 1995 Volkswagon Jetta, bearing Massachusetts registration 72MD68; and

(b) $1,627 in U.S. Currency seized from defendant on October 24, 2005 in Swansea, Massachusetts.

2. If any of the above-described forfeitable properties, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. have been transferred or sold to, or deposited with, a third party;

6

3. have been placed beyond the jurisdiction of the Court;

4. have been substantially diminished in value; or

5. have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

**MICHAEL J. SULLIVAN**
United States Attorney

By: _____
Neil J. Gallagher, Jr.
Assistant U.S. Attorney

DATED: June 22, 2006

7

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** DEA/BPD

**City** Boston    **Related Case Information:**

**County** Suffolk    **Superseding Ind./ Inf.** X    **Case No.** 05-10206-NMG
  **Same Defendant** X    **New** _____
  **Magistrate Judge Case Number** _____
  **Search Warrant Case** _____
  **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **ALBERT HOBSON**    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address   403 Globe Street, 3rd Floor, Fall River, MA

Birth date (Year only): **1969**  SSN (last 4  **4991**  Sex **M**  Race: **Black**   Nationality **USA**

**Defense Counsel if**   Steven J. Weymouth   Address: 65A Atlantic Ave, Ste 3
                                                        Boston, MA
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil J. Gallagher    Bar Number if _____

Interpreter:   ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes  ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody _____ in _____
☒ Already in State   10/24/05    ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial   Ordered _____ on _____

**Charging Document:**   ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  Four

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date  5/24/06    Signature of  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     **ALBERT HOBSON**

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute Cocaine Base | 1 |
| Set 2 | 21 U.S.C. Sec. 843(b) | Unlawful Use of a Communications Facility | 2-3 |
| Set 3 | 21 U.S.C. Sec. 841(a)(1) | Possession With Intent to Distribute Crack | 4 |
| Set 4 | 18 U.S.C. Sec. 2 | Aiding and Abetting | 2-4 |
| Set 5 | 21 U.S.C. Sec. 853 | Drug Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**