## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                        )
      v.                    )     **Criminal No. 05-10206-NMG**
                        )
**ALBERT HOBSON**         )
                        )

### MOTION FOR ARREST WARRANT

The United States respectfully moves this Court, pursuant to Fed. R. Crim. P. 9, for an arrest warrant for defendant ALBERT HOBSON who is currently in state custody at the Bristol County Jail and House of Corrections, 226 Ash Street, New Bedford, MA. As grounds, the government submits as follows:

1.     Defendant has been charged by the Commonwealth of Massachusetts in Bristol County for trafficking in cocaine arising out of an arrest in Swansea on October 24, 2005. Defendant is currently incarcerated and pending trial at the Bristol County Jail and House of Corrections, 226 Ash Street, New Bedford, MA.

2.     Contemporaneous with this motion, the government has filed a superseding criminal information charging defendant in Count Four with possession with intent to distribute cocaine base, also known as crack cocaine. This offense is the same offense for which defendant is currently charged in the state, arising out of defendant's October 24, 2005 arrest.

3.     The Bristol County District Attorney's Office has agreed to dismiss their charges against defendant upon the filing to the superseding criminal information.

4.    This motion requests an arrest warrant for the sole purpose of transferring defendant into federal custody.  Defendant has already been arraigned on the original criminal information and has consented to a voluntary order of detention.  The proposed warrant is attached.  Counsel for defendant assents to the granting of this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

Neil J. Gallagher, Jr.
Assistant U.S. Attorney