AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Albert Hobson

WARRANT FOR ARREST

Case Number: 05-10206-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Albert Hobson**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ✓ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

Conspiracy to Distribute Cocaine

in violation of Title __21__ United States Code, Section(s) __841(a), 843(b) and 846.__

Craig Nicewicz                                  Courtroom Deputy Clerk           Name
of Issuing Officer                              Title of Issuing Officer

[signature]                                     6/26/06  Boston, MA              Signature
of Issuing Officer                              Date and Location

Bail fixed at $ _____          BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER (BRISTOL C.H.) | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | EXECUTED BY Haber in 3/17/06 | |
| DATE OF ARREST | ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/17/06 | |