11·20·06

To: The Honorable Judge Alexander

From: Albert S. Hobson (05-10206-NMG)

Your Honor,

I am writting in regard to my detention since 10/24/06. I have not recieved a bail hearing, discovery, criminal record, tape recordings (phone conversations), docket entry; etc.
Your Honor, I don't wish to offend the courts, my attorney or proper court procedure. Personally I lack the resources (Plymouth County Correctional Facility) and knowledge of Law & proper procedure. Simultaneously, I have mailed these request to my attorney. Because I believe I have a right to a bail-hearing and potential pretrial realease

Thank you for your time and patience Your Honor.

Thank You,
Sincerly,

Albert S. Hobson. #9099
(PCCF) 26 Long Pond Rd.
Plymouth, MA 02360